hrg012 (11/09)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| Debtor: Nicasio Dollopac Magtoto Jr. | Case No.: 10–03581 Chapter: 13 |
|---|---|
| Joint Debtor: Maria Luisa Bayudan Magtoto | |

## NOTICE OF CONFIRMATION HEARING

**NOTICE TO CREDITORS AND PARTIES IN INTEREST:**

**THE INFORMATION ON HEARING DATE AND THE DEADLINE TO FILE AN OBJECTION SUPERSEDES ANY PRIOR INFORMATION GIVEN IN NOTICES OR THE PLAN WHICH YOU MAY HAVE RECEIVED.**

A hearing on confirmation of the debtor's chapter 13 plan is scheduled for the date and time below at the Courtroom, United States Bankruptcy Court, District of Hawaii, 1132 Bishop Street, Suite 250, Honolulu, Hawaii.

**Date: March 31, 2011      Time: 09:40 AM**

Deadline to file an objection to the plan or a plan motion: **7 days before the hearing date.**

**Your rights may be affected.** The debtor or the debtor's attorney was required to send you a copy of the proposed plan and plan motions which may affect you. You should review these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)

**Deadline for Objections.** If you do not want the court to confirm the plan or to approve any plan motions, then not later than 7 days before the confirmation hearing date, you or your attorney must file an "Objection to Chapter 13 Plan or Plan Motion" with the court at the address of the Clerk's Office stated below. If an amended plan or motion is filed, an objection is due 21 days after the amended plan or motion is filed. The confirmation hearing may be continued to provide sufficient time for the filing of an objection.

If you mail your response to the court, you must mail it early enough so that the court will receive it by the deadline.

If you or your attorney do not take these steps, the court may decide that you do not oppose the proposed plan and any plan motions to avoid a lien or value collateral, and may confirm the plan and decide the motions as requested by the debtor. In the absence of any timely filed objections, or if all such objections are withdrawn prior to the hearing date, or if the case is dismissed or converted to another chapter under the Bankruptcy Code, the hearing may be canceled without further notice to you. You may check the status of the hearing by reviewing the calendar at the Clerk's Office or the court's website: **http://www.hib.uscourts.gov.**

Dated: March 1, 2011

Documents may be viewed and filed at:

https://ecf.hib.uscourts.gov
(PACER account required)

*Michael B. Dowling*
Clerk of the Bankruptcy Court

Clerk's Office:
1132 Bishop Street
Suite 250
Honolulu, HI 96813
Telephone number: (808) 522–8100

```
                             United States Bankruptcy Court
                                   District of Hawaii
In re:                                                          Case No. 10-03581-rjf
Nicasio Dollopac Magtoto                                        Chapter 13
Maria Luisa Bayudan Magtoto
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0975-1          User: mbd                  Page 1 of 2                  Date Rcvd: Mar 01, 2011
                              Form ID: hrg012            Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2011.
db/jdb     +Nicasio Dollopac Magtoto, Jr.,   Maria Luisa Bayudan Magtoto,   94-206 Kuuaki Place,
             Waipahu, HI 96797-5441
cr         +PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
1057051     American Express,   POB 0001,   La, CA 90096
1073357     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
1057052    +Bank Of America,   POB 17054,   Wilmington, DE 19886-0001
1057053    +Bank Of Hawaii,   POB 15026,   Dallas, TX 75285-0001
1064877    +Bank of Hawaii,   c/o Susan Tius, Esq.,   737 Bishop Street, Suite 2400,
             Honolulu, HI 96813-3214
1064780     Bank of Hawaii,   Consumer Collections Dept.,   P.O. Box 2900,   Honolulu, HI 96789
1070370    +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
1057056    +CUSO,   2200 Kam Hwy,   212,   Honolulu, HI 96819-2356
1057054    +Capital One,   POB 30281,   Salt Lake City, UT 84130-0281
1057055    +Citi,   POB 6500,   Sioux Falls, SD 57117-6500
1057057    +Dell,   POB 5275,   Carol Stream, IL 60197-5275
1057059    +Edward D. Magauran,   Attorney at Law,   1188 Bishop Street, Suite 2610,
             Honolulu, HI 96813-3311
1057060    +Fia,   POB 17054,   Wilmington, DE 19850-7054
1061421    +Fia Card Services, NA As Successor In Interest to,   Bank of America NA and Mbna America Bank,
             1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
1057062    +HI Tel Ees FCU,   1138 N King Street,   Honolulu, HI 96817-3345
1062653    +Hawaiian Tel FCU,   1138 N King Street,   Honolulu, HI 96817-3345
1057063   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court:   Internal Revenue Service,   POB 21126,   Philadelphia, PA  19114)
1057064     Internal Revenue Service,   Insolvency,   300 Ala Moana Boulevard M/S H-240,
             Honolulu, HI  96850-4992
1074305   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk VA 23541)
1066892    +PRA Receivables Management LLC,   As Agent Of Portfolio Recovery Assocs,   POB 41067,
             Norfolk VA 23541-1067
1057065    +Royal Kunia Comm Association,   C/O Hawaiiana Management,   711 Kapiloani Balvd, 700,
             Honolulu, HI 96813-5249
1057066    +State Of HI,   Department Of Taxation,   POB 259,   Honolulu, HI 96809-0259
1071594     eCAST Settlement Corporation assignee of Citibank,   (South Dakota) NA,   POB 29262,
             New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
1057058     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 02 2011 03:01:57      Discover,   POB 15136,
             Wilmington, DE  19850
1057876     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 02 2011 03:01:57      Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
1057061    +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2011 03:02:49      GE Money,   Pob 981432,
             El Paso, TX 79998-1432
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          CUSO of Hawaii, Inc.
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2011**　　　　　　　　　　Signature: *Joseph Speetjens*